## PETTY v. STATE. (No. 12102.)

Court of Criminal Appeals of Texas.
Jan. 16, 1929.

Hill Stewart, of Lubbock, for appellant.
A. A. Dawson, State's Atty., of Austin, for the State.

HAWKINS, J. Conviction is for driving an automobile upon a public highway while appellant was intoxicated. Punishment was assessed at a fine of $100 and confinement in the county jail for 60 days.

No bills of exception or statement of facts are found in the record. Objection was urged to the court's charge on the ground that it contained no instruction as to circumstantial evidence. In the absence of the facts proven, this court cannot appraise such objection.

The judgment is affirmed.